STATE OF CONNECTICUT *v.* RALPH LAGO, SR.

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 9, is denied.

BERDON, J., dissenting. I would grant certification on the following issues: "(a) Where the police have engaged in unnecessarily suggestive procedures, should the legal question of reliability be examined with exceptionally close scrutiny, and should the standard of appellate review of a finding of reliability be de novo under article first, § 8, of the Connecticut constitution or the fourteenth amendment to the United States constitution or both?

"(b) Under the appropriate test, was the evidence reliable?

"(c) In the absence of trial court findings on reliability, should a new trial be ordered?"

*Wesley W. Horton* and *Robert M. Shields, Jr.,* in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* GREGG BOOKER

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 34, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Hubert J. Santos* and *Hope C. Seeley,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 17, 1992